**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1099**

EARLY A. CAUDLE,

       Petitioner - Appellant,

   v.

COMMISSIONER OF INTERNAL REVENUE,

       Respondent - Appellee.

Appeal from the United States Tax Court.
(Tax Ct. No. 08-12727)

Submitted:  July 23, 2009        Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Early A. Caudle, Petitioner Pro Se.  Bruce R. Ellisen, Curtis
Clarence Pett, UNITED STATES DEPARTMENT OF JUSTICE, Tax
Division, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Early A. Caudle appeals the tax court's order dismissing his petition for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. Caudle v. Comm'r of Internal Revenue, No. 08-12727 (U.S. Tax Ct. Nov. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED